IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMADOR SERRANO,

      Petitioner,                  No. CIV S-09-2718 GGH P

     vs.

PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent.              <u>ORDER</u>

        /

        Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is incarcerated in Imperial County and challenges a conviction from Santa Clara County. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

        Any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Clara County. See <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484, 499 n. 15 (1973); 28 U.S.C. § 2241(d). Accordingly, this action is transferred to the United States District Court for the Northern District of California. 28 U.S.C. § 2241(d).

/////

1    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28
3 U.S.C. § 1406(a).
4 DATED: October 21, 2009
5                                                                 /s/ Gregory G. Hollows
6                                                                 UNITED STATES MAGISTRATE JUDGE
7
8 ser2718.tra
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26